

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO. 08-20289

v.

                                        HON. GEORGE CARAM STEEH

DAVID ERIKE MACLLOYD,

        Defendant.
_____/

### VERDICT FORM

We, the jury, unanimously find as to defendant DAVID ERIKE MACLLOYD:

**Count 1:**  Conspiracy to Distribute, or Conspiracy to Possess with Intent to Distribute, Cocaine

      ____ Not Guilty  /  _X_ Guilty

      Answer Supplemental Question A only if your verdict on this Count was guilty.

      Supplemental Question A:

      Did the offense involve more than 5 kilograms of cocaine?

      _X_ Yes  /  ____ No

**Count 2:** Aiding and Abetting Another to Possess Cocaine with Intent to Distribute

\_\_\_\_ Not Guilty   /   **X** Guilty

Answer Supplemental Question B only if your verdict on this Count was guilty.

<u>Supplemental Question B</u>:

Did the offense involve more than 5 kilograms of cocaine?

**X** Yes   /   \_\_\_\_ No

**Count 26:** Maintaining a Drug-Involved Premises

\_\_\_\_ Not Guilty   /   **X** Guilty

**Counts 3, 4, and 5:** Using a Communications Facility to Cause or Facilitate a Felony Drug Transaction:

| COUNT | VERDICT |
|---|---|
| 3 | \_\_\_\_ Not Guilty   /   **X** Guilty |
| 4 | \_\_\_\_ Not Guilty   /   **X** Guilty |
| 5 | \_\_\_\_ Not Guilty   /   **X** Guilty |

**Counts 18, 19, 20, 21, 22, 23, 24, and 25**: Using a Communications Facility to Cause or Facilitate a Felony Drug Transaction:

| | |
|---|---|
| 18 | ____ Not Guilty  /  __X__ Guilty |
| 19 | ____ Not Guilty  /  __X__ Guilty |
| 20 | ____ Not Guilty  /  __X__ Guilty |
| 21 | ____ Not Guilty  /  __X__ Guilty |
| 22 | ____ Not Guilty  /  __X__ Guilty |
| 23 | ____ Not Guilty  /  __X__ Guilty |
| 24 | ____ Not Guilty  /  __X__ Guilty |
| 25 | ____ Not Guilty  /  __X__ Guilty |

**WE UNANIMOUSLY SO FIND.**

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

8-26-10
DATE