United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    *Plaintiff,*                                 Criminal No. 08-20289
v.                                            Hon. George Caram Steeh

David Erike MacLloyd,

    *Defendant.*

## Order

The plaintiff having filed a stipulation for extension of time in which to file a response, and the court being fully advised in the premises, therefore,

IT IS HEREBY ORDERED that stipulation for extension of time for plaintiff to file a response be, and hereby is, GRANTED, and the government's response is to be filed on or before December 8, 2011.

IT IS SO ORDERED.

                                                         S/George Caram Steeh
                                                          Hon. GEORGE CARAM STEEH
                                                          United States District Judge

Dated: November 21, 2011