UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case No. 08-cr-20289-1

v.                               Hon. Matthew F. Leitman

D1, DAVID ERIKE MACLLOYD,

      Defendant.

_____/

## ORDER (1) DENYING MOTION TO CEASE RESITUTION PAYMENTS (ECF No. 378); AND (2) DENYING MOTION TO TEMPORARILY PAUSE RESTITUTION PAYMENTS (ECF No. 379)

Now before the Court are two motions by Defendant David Erike MacLloyd to cease and/or pause his restitution payments. (*See* Mots., ECF Nos. 378, 379.) The motions are DENIED because the Court did not order MacLloyd to pay restitution in this case. (*See* Judgment, ECF No. 237, PageID.2325.) Thus, no restitution is being collected in connection with this case. Instead, MacLloyd was ordered to pay restitution in a different case. (*See* Addendum, ECF No. 384, PageID.3297.) Restitution is being collected in connection with that case. (*See id.*) MacLloyd may file in a motion in that case to cease his restitution payments, and the judge presiding over that case may decide whether to grant that relief.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126